**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., Plaintiffs, | § § § § § Civil Action No. 2:16-cv-00992-JRG LEAD CASE |
| v. | § § § |
| MOTOROLA MOBILITY LLC | § |
| AVAYA INC. | § Civil Action No. 2:16-cv-00777-JRG |
| HTC AMERICA, INC. | § Civil Action No. 2:16-cv-00989-JRG |
| KYOCERA INTERNATIONAL, INC. | § Civil Action No. 2:16-cv-00990-JRG |
| ZTE (USA), INC. and ZTE (TX), INC. | § Civil Action No. 2:16-cv-00993-JRG |
| HUAWEI DEVICE USA, INC. and HUAWEI TECHNOLOGIES USA, INC. Defendants. | § § Civil Action No. 2:16-cv-00994-JRG |

## NOTICE OF APPEARANCE

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. file this Notice of Appearance and hereby apprises the Court and all parties of record that, in addition to the attorneys already representing it, Shawn A. Latchford, State Bar No. 24066603, Nelson Bumgardner Albritton P.C., 111 West Tyler Street, Longview, Texas, 75601, will be appearing as an attorney of record on Plaintiffs' behalf in the above-styled and numbered cause.

Dated: September 28, 2018

Respectfully submitted,

Shawn Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
**NELSON BUMGARDNER ALBRITTON P.C.**
111 West Tyler Street
Longview, Texas 75601
Telephone:     (903) 757-8449
Facsimile:      (903) 758-7397

**ATTORNEYS FOR THE PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 28, 2018.

_____

Shawn Latchford